# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARCHBISHOP BERNADINE TURNER
AND ARCHBISHOP JOCITA
WILLIAMS

NO.   2021 CW 0752

VERSUS

KLEINMAR, LLC

**JULY 2, 2021**

---

In Re:   Archbishop Jocita Williams and Archbishop Bernadine
Turner, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, Nos.
704972 & 707615.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal.   The writ application failed to include the items enumerated in Rule 4-5(C), including but not limited to assignments of error, a copy of the judgment, order or ruling complained of, a copy of the judge's reasons for judgment (if written), a copy of each pleading on which the judgment, order or ruling at issue is founded, including the petition, a copy of any opposition and attachments, a copy of pertinent court minutes, the notice of intent and return date order.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed on or before July 16, 2021, and must contain a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT